**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.66.46.114**

**ISP:** Verizon Online, LLC
**Physical Location:** Hyattsville, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/12/2017 03:05:12 | 6D71663E4DB88AD206191297B1EA7AE85F18C39F | Would You Fuck My Girlfriend |
| 10/01/2015 12:07:50 | 4A29BF8F7B99900B37ABD628B1EB0556031D79A7 | In Love With Little Caprice |
| 10/01/2015 12:03:05 | 7218F19E350ADDDBD992A3C9FA9AD2F30E144AC7 | Getting Ready For You |
| 09/14/2015 10:59:11 | EC555F31F03BE096C98E03F301E5F645240F1E6D | A Fucking Picnic |
| 05/03/2015 13:30:16 | 2E3C6E72D8A56B31EAF1597104825AB2274073C3 | Cum Inside the Fantasy Suite |
| 03/14/2015 13:03:19 | 889726A987DCC622B874518C7A82B2D4469390C9 | Oh Mia |
| 03/14/2015 12:49:46 | 81EC95CD5299389B06D269AF7B6AC03FCC2C6536 | Cum Worthy |
| 03/05/2015 15:41:16 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |

**Total Statutory Claims Against Defendant: 8**