## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. 8:18-cv-00539-PWG |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 173.66.46.114,** | * | |
| | * | |
| **Defendant.** | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 173.66.46.114. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 8, 2018

                                                    Respectfully submitted,

                                                   MALIBU MEDIA, LLC.
                                                   PLAINTIFF
                                                   By: /s/ *Jon A. Hoppe*
                                                   Jon A. Hoppe, Esquire #6479
                                                   *Counsel*
                                                   Law Offices of Jon A. Hoppe, Esquire, LLC
                                                   1025 Connecticut Avenue, NW

                Ste. 1000
                Washington, DC. 20036
                (202) 587-2994

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Jon A. Hoppe*
                Jon A. Hoppe, Esquire